# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Randy Wilkinson, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Nancy Berryhill, Acting Commissioner ) <br> of Social Security Administration, ) <br> ) <br> ) <br> Defendant. ) | **ORDER** <br><br><br> Case No. 1:17-cv-147 |

Before the court is a "Motion for Award of Attorney Fees Under the Equal Access to Justice Act (EAJA)" filed by plaintiff on December 11, 2018. (Doc. No. 21). Plaintiff seeks reimbursement for attorney's fees in the amount of $6,161.05.

The Commissioner filed a response to plaintiff's motion on December 14, 2018, and does not object to an award of $6,161,05 in attorney's fees. (Doc. No.23). She asks that the award of EAJA fees by paid directly to plaintiff, to allow the Treasury Department to verify that plaintiff has no federal debt. See <u>Astrue v. Ratliff</u>, 560 U.S. 585 (2010).

The court **GRANTS** plaintiff's motion (Doc. No. 21) and awards plaintiff $6,161.05 in attorney's fees under the EAJA. The court directs that the EAJA award be paid directly to plaintiff.

**IT IS SO ORDERED.**

Dated this 17th day of December, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
